petitioners. *Messrs. Sidney L. Samuels, William R. Watkins,* and *Mark McGee* for respondent.

No. 887. SHALER COMPANY *v.* RITE-WAY PRODUCTS, INC. ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. S. L. Wheeler* for petitioner. *Messrs. John B. Snowden, II,* and *Frank E. Liverance, Jr.* for respondents.

No. 890. BENEDUM-TREES OIL CO. *v.* DAVIS ET AL.; and

No. 891. SAME *v.* SEDMAN ET AL. May 20, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. J. W. Stone* and *Rufus S. Marriner* for petitioner. *Mr. Joe C. Thomason* for respondents. Reported below: 107 F. 2d 981.

No. 898. MARYLAND CASUALTY CO. *v.* TOWN OF RIVER JUNCTION ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Francis M. Holt* and *Sam R. Marks* for petitioner. *Messrs. C. L. Waller* and *Millard Caldwell* for respondents.

No. 899. IRVING LEWIS *v.* UNITED STATES; and

No. 900. ROSE LEWIS *v.* UNITED STATES. May 20, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Julian C. Ryer* and *Philip Lutz* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and